## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 22-21272-JAD |
| **Jeffrey B. Rhodes, Jr.,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of July, 2024, a true and correct copy of the Order dated July 2, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

SAINT CLAIR CONSTRUCTION, INC.
234 STRAWBERRY LANE
LIGONIER, PA 15658

JEFFREY B. RHODES, JR.
259 RUDDER ROAD
LIGONIER, PA 15658

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: July 3, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470