WWR#GAL10202221272

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 22-21272 |
| | ) |
| JEFFREY B RHODES, JR | ) CHAPTER 13 PROCEEDING |
| | ) |
| | ) |
| | ) |
| DEBTOR(S) | ) |
| | ) JUDGE JEFFREY A DELLER |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM #2-1

**NOW COMES** Creditor, Discover Student Loans c/o Weltman, Weinberg & Reis Co., LPA, and hereby provides notice that the Proof of Claim #2-1 filed in the amount of $10,274.82 has been satisfied and any future disbursements by the Trustee should cease at this time.

Respectfully submitted,
/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2025 a true and correct copy of the foregoing Notice of Satisfaction of Claim was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Attorney for Debtor

Chapter 13 Trustee

Office of the U.S. Trustee

and by regular U.S. Mail, postage prepaid on:

JEFFREY B RHODES, JR
259 RUDDER RD
LIGONIER, PA 15658

/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com