## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JEFFREY B RHODES, JR.                              Case No.22-21272-JAD

　　　　　Debtor(s)

Ronda J. Winnecour, Trustee
　Movant                                           Chapter 13
　　vs.
JEFFREY B RHODES, JR.                              Related to
                                                   Document No._____88_____

　　　　　Respondents

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

　　AND NOW, this _____22nd_____ day of __April__ , 20_26_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Saint Clair Construction, Inc.
Attn: Payroll Manager
234 Strawberry Lane
Ligonier,PA 15658

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY B RHODES, JR., social security number XXX-XX-0161.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY B RHODES, JR..

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
4/22/26 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jeffrey B Rhodes, Jr.

　　Debtor

Case No. 22-21272-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol　　　　Definition**

+ 　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey B Rhodes, Jr., 259 Rudder Road, Ligonier, PA 15658-2618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026　　　　　　　　Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jeffrey B Rhodes  Jr. thedebterasers@aol.com |

District/off: 0315-2                          User: auto                                Page 2 of 2
Date Rcvd: Apr 22, 2026                       Form ID: pdf900                          Total Noticed: 1

Matthew Fissel
                 on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                 cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
                 on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com


TOTAL: 10