**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JEFFREY B RHODES, JR.** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number | **22-21272JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   LAKEVIEW LOAN SERVICING LLC

**Court claim no.**  (if known):  5

**Last 4 digits** of any number you use to identify the debtor's account:   4   5   4   4

**Property Address:**

259 RUDDER RD
Number        Street

LIGONIER                                                PA       15658
City                                                    State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    23,377.54 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    23,377.54 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $    23,377.54 |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:


**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $          26,654.20

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.


| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|--------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**


✗ /s/ Ronda J. Winnecour                                                        Date    05/01/2026
    Signature

Trustee          Ronda J. Winnecour
                 First Name          Middle Name          Last Name

Address          CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
                 Number          Street

                 PITTSBURGH                              PA          15219
                 City                                    State       ZIP Code

Contact phone    (412) 471-5566          Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | RHODES, JR. | | Case Number 22-21272JAD | Page 1 |
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/26/2023 | 1257487 | Amounts Disbursed To Creditor | 1,532.56 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/28/2023 | 1262879 | Amounts Disbursed To Creditor | 134.60 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2023 | 1265701 | Amounts Disbursed To Creditor | 375.65 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/25/2023 | 1268551 | Amounts Disbursed To Creditor | 375.65 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/26/2023 | 1271451 | Amounts Disbursed To Creditor | 372.09 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2023 | 1274228 | Amounts Disbursed To Creditor | 416.76 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/25/2023 | 1276998 | Amounts Disbursed To Creditor | 1,320.05 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/26/2023 | 1279756 | Amounts Disbursed To Creditor | 700.07 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/25/2023 | 1282468 | Amounts Disbursed To Creditor | 1,015.26 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/27/2023 | 1285153 | Amounts Disbursed To Creditor | 700.07 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/26/2024 | 1290417 | Amounts Disbursed To Creditor | 1,715.33 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/26/2024 | 1293092 | Amounts Disbursed To Creditor | 700.07 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/26/2024 | 1295731 | Amounts Disbursed To Creditor | 700.07 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2024 | 1298386 | Amounts Disbursed To Creditor | 1,015.26 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301089 | Amounts Disbursed To Creditor | 700.07 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/25/2024 | 1303641 | Amounts Disbursed To Creditor | 384.88 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306225 | Amounts Disbursed To Creditor | 691.13 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/26/2024 | 1308814 | Amounts Disbursed To Creditor | 1,021.12 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/25/2024 | 1311389 | Amounts Disbursed To Creditor | 705.93 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/25/2024 | 1313929 | Amounts Disbursed To Creditor | 705.93 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/25/2024 | 1316497 | Amounts Disbursed To Creditor | 705.93 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 12/23/2024 | 1318909 | Amounts Disbursed To Creditor | 1,024.82 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321388 | Amounts Disbursed To Creditor | 68.15 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323822 | Amounts Disbursed To Creditor | 1,343.70 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326297 | Amounts Disbursed To Creditor | 705.92 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328777 | Amounts Disbursed To Creditor | 705.92 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331203 | Amounts Disbursed To Creditor | 705.93 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333644 | Amounts Disbursed To Creditor | 403.71 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2025 | 1336120 | Amounts Disbursed To Creditor | 680.77 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/26/2025 | 1338543 | Amounts Disbursed To Creditor | 42.99 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/25/2025 | 1340948 | Amounts Disbursed To Creditor | 1,707.15 |

Total for Claim Number 5:   23,377.54

**Total for Part 3 - b (Prepetition Arrears):**   **23,377.54**

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/27/2022 | 1246380 | Amounts Disbursed To Creditor | 1,541.21 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/25/2022 | 1249211 | Amounts Disbursed To Creditor | 760.27 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/23/2022 | 1251989 | Amounts Disbursed To Creditor | 567.22 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 12/22/2022 | 1254759 | Amounts Disbursed To Creditor | 756.29 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/26/2023 | 1257487 | Amounts Disbursed To Creditor | 770.37 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/23/2023 | 1260116 | Amounts Disbursed To Creditor | 395.02 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/28/2023 | 1262879 | Amounts Disbursed To Creditor | 703.82 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2023 | 1265701 | Amounts Disbursed To Creditor | 549.42 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/25/2023 | 1268551 | Amounts Disbursed To Creditor | 549.42 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/26/2023 | 1271451 | Amounts Disbursed To Creditor | 549.42 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2023 | 1274228 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/25/2023 | 1276998 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/26/2023 | 1279756 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/25/2023 | 1282468 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/27/2023 | 1285153 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 12/21/2023 | 1287746 | Amounts Disbursed To Creditor | 315.19 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/26/2024 | 1290417 | Amounts Disbursed To Creditor | 806.19 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/26/2024 | 1293092 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/26/2024 | 1295731 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2024 | 1298386 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301089 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/25/2024 | 1303641 | Amounts Disbursed To Creditor | 560.69 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306225 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/26/2024 | 1308814 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/25/2024 | 1311389 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/25/2024 | 1313929 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/25/2024 | 1316497 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 12/23/2024 | 1318909 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321388 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323822 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326297 | Amounts Disbursed To Creditor | 569.63 |

Debtor 1     **RHODES, JR.**                                              Case Number **22-21272JAD**                                    Page 2
              Name

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328777 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331203 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333644 | Amounts Disbursed To Creditor | 569.63 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 07/25/2025 | 1336120 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 08/26/2025 | 1338543 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 09/25/2025 | 1340948 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 10/24/2025 | 1343425 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 11/21/2025 | 1345732 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 12/23/2025 | 1348070 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 01/27/2026 | 1350451 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 02/24/2026 | 1352798 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 03/25/2026 | 1355205 | Amounts Disbursed To Creditor | 594.79 |
| 5 | LAKEVIEW LOAN SERVICING LLC | 04/27/2026 | 1357588 | Amounts Disbursed To Creditor | 594.79 |

Total for Claim Number 5:     26,654.20

**Total for Part 4 - a (Postpetition Payments):     26,654.20**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFREY B RHODES, JR.
259 RUDDER ROAD
LIGONIER, PA  15658

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
PO BOX 211
LIGONIER, PA  15658

STERN & EISENBERG LP
1581 MAIN ST STE 200
THE SHOPPES AT VALLEY SQUARE
WARRINGTON, PA  18976

RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

LAKEVIEW LOAN SERVICING LLC
C/O RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX  75261-9741


Dated: 05/01/2026

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee