**Fill in this information to identify the case:**

Debtor 1_____Jeffrey B. Rhodes Jr. dba J Rhodes Contracting, LLC aka Jeff Rhodes

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania
                                                                              (State)
Case number        22-21272-JAD

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

### Part 1:   Mortgage Information

**Name of claim holder** Lakeview Loan Servicing, LLC C/O Nationstar Mortgage   **Court claim no.** (if known):        5
LLC d/b/a Mr. Cooper

**Last 4 digits** of any number you use to identify the debtor's account:  4544

**Property address:**

**259 Rudder Road
Ligonier, PA 15658**

### Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:        **$23,377.54**

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full. .

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
   as of the date of this response:     $_____

☐ The amount required to cure any postpetition arrearage has been paid in full. .

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid
   as of the date of this response:     $_____

### Part 3:   Postpetition Payment

*(a)  Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses,
   escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor
   is obligated for the postpetition payment(s) that first became due on: ___/___/___

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim older attaches a payoff statement and provides the following information as of the
      date of this response:

|     | | |
|-----|-----------------------------------------------------|--------------|
| i.   | Date last payment was received on the mortgage:     | _05/01/2026 |
| ii.  | Date next postpetition payment from the debtor is due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $594.79 |
| iv.  | Unpaid principal balance of the loan:               | $54,330.10 |

|      |                                                                          |        |
|------|--------------------------------------------------------------------------|--------|
| v.   | Additional amounts due for any deferred or accrued interest:             | $0.00  |
| vi.  | Balance of the escrow account:                                           | $0.00  |
| vii. | Balance of unapplied funds or funds held in a suspense account:          | $0.00  |
| viii.| Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00  |

Debtor 1 _____Jeffrey B. Rhodes Jr. dba J Rhodes Contracting, LLC aka Jeff Rhodes_____ Case
number (*if known*)22-21272-JAD

| Part 4: | Itemized payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones_____     Date  May 28, 2026
   Signature

Name: _____Daniel P._____Jones_____
    First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company Stern & Eisenberg, PC_____
    Identify the corporate servicer as the company if the authorized agent is a servicer.

Address:
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976

Contact phone (215) 572-8111_____     Email: djones@sterneisenberg.com_____

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: <u>May 28, 2026</u>

Kenneth P. Seitz
Law Offices of Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com
***Counsel for Debtor***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter13 Trustee***

Office of the U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Jeffrey B. Rhodes Jr. dba J Rhodes Contracting, LLC aka Jeff Rhodes
259 Rudder Road
Ligonier, PA 15658
***Debtor(s)***

By:   <u>*/s/  Daniel P. Jones*</u>
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant

```
=================================================        5/28/26
            Payoff Quote Include/Omit Items              11:23:32
=================================================        ADD
             PO Dt   5/29/26      Int Paid To     5/01/26
Inv#   GCH   Loan Type 02  Sub Code    00    Next Due Dt   6/01/26      Int Rate        4.250
Prin Bal      54,330.10          Per Diem Int             6.33   Int Calcs          177.13
Optional Items to I-Include or O-Omit:                          Plan Number        00001
O  Escrow Balance              724.44      I  Total Late Charges                .00
   Interest on Escrow             .00      I  Total NSF Charges                 .00
I  Escrow Advance                .00      I  Optional Ins Payment              .00
O  Misc Suspense Bal           459.40      I  Prepayment Penalty                .00
O  Forbearance Bal               .00      I  Mortgage Ins Premium            18.53
I  Subsidy                       .00      I  Other Fees Due                    .00
O  Hazard Suspense Bal           .00      I  Rebate Points Financed       0000000
   Int on Hazard Loss            .00      I  Deferred Principal                .00
I  Inv. Advance                  .00      O  Recording Fee          0000000000000
I  Corp Advance Bal              .00      I  Quote fee              0000000000000
O  Corp Expense Bal           669.47-     I  Oth2  COUNTY RECORDING FEE  0000000008325
O  Default Int Due               .00      I  Oth1  ANTICIPATED FEE      0000000000000  +
I  Deferred Int                  .00      I  MBS Liq Difference              15.29
O  Prepaid Ins Rebate            .00
O  Partial Claims                .00
Accept Quote - Y/N N                                  PO Amt          54,609.01


    F3=Exit   F5=Refresh   F6=New Loan#   F10=Fees   F16=Suspense   F24=More keys
```