Certificate Number: 03621-PAW-DE-041224534

Bankruptcy Case Number: 22-21272



03621-PAW-DE-041224534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 10:24 o'clock AM EDT, Jeffrey Rhodes completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 20, 2026                By:      /s/Barbara Molina

Name:   Barbara Molina

Title:   Credit Counselor