**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey B Rhodes Jr. | Social Security number or ITIN   xxx–xx–0161 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–21272–JAD

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey B Rhodes Jr.
aka Jeff Rhodes, dba J Rhodes Contracting,
LLC

7/21/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jeffrey B Rhodes, Jr.

    Debtor

Case No. 22-21272-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 21, 2026 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B Rhodes, Jr., 259 Rudder Road, Ligonier, PA 15658-2618 |
| sp | + | Jessica L. Crown, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15494731 | + | Edward J. McKee, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15494734 | + | Nationwide Bank, 10705 S Jordan Gateway, South Jordan, UT 84095-3926 |
| 16426366 | | Rushmore Servicing, PO Box 619096, Irving, TX 75063 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 22 2026 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Jul 22 2026 01:52:00 | Discover Student Loans, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| cr | + | EDI: PRA.COM | Jul 22 2026 05:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15496214 | + | EDI: DISCOVERSL.COM | Jul 22 2026 05:43:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15513220 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15494733 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15497583 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 01:56:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15528161 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15495732 | | EDI: PENNDEPTREV | Jul 22 2026 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15494735 | + | EDI: PRA.COM | Jul 22 2026 05:43:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15494736 | + | EDI: DISCOVERSL.COM | Jul 22 2026 05:43:00 | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15494737 | + | EDI: SYNC | Jul 22 2026 05:43:00 | Syncb/lowes, Po Box 956005, Orlando, FL |

| | | | | 32896-0001 |
|---|---|---|---|---|
| 15494738 | + EDI: SYNC | | Jul 22 2026 05:43:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15495081 | + EDI: PRA.COM | | Jul 22 2026 05:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15494732 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, APC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2026                          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jeffrey B Rhodes  Jr. thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                             User: auto                                  Page 3 of 3
Date Rcvd: Jul 21, 2026                          Form ID: 3180W                              Total Noticed: 20

Steven K. Eisenberg

        on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 10