**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:

    JEFFREY B RHODES, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:22-21272 JAD

Chapter 13

Related to Doc No.: 92

**ORDER OF COURT**

AND NOW, this _____21st_____ day of _____July_____, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
7/21/26 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21272-JAD |
| Jeffrey B Rhodes, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B Rhodes, Jr., 259 Rudder Road, Ligonier, PA 15658-2618 |
| sp | + | Jessica L. Crown, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15494731 | + | Edward J. McKee, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15494734 | + | Nationwide Bank, 10705 S Jordan Gateway, South Jordan, UT 84095-3926 |
| 16426366 | | Rushmore Servicing, PO Box 619096, Irving, TX 75063 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Jul 22 2026 01:52:00 | Discover Student Loans, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 01:56:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15496214 | + | Email/Text: DSLBKYPRO@discover.com | Jul 22 2026 01:52:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15513220 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15494733 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15497583 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 01:56:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15528161 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15495732 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15494735 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 01:57:12 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15494736 | + | Email/Text: DSLBKYPRO@discover.com | Jul 22 2026 01:52:00 | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15494737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 01:57:12 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15494738 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 01:57:12 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

District/off: 0315-2                   User: auto                                    Page 2 of 2

Date Rcvd: Jul 21, 2026                Form ID: pdf900                               Total Noticed: 19

15495081        + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                   Jul 22 2026 01:57:12        Synchrony Bank, c/o of PRA Receivables
                                                              Management, LLC, PO Box 41021, Norfolk, VA
                                                              23541-1021

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | NATIONSTAR MORTGAGE LLC |
| 15494732 | ##+           | Gregg L. Morris, Esquire, Patenaude & Felix, APC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jeffrey B Rhodes  Jr. thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 10